■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAROL GANCI, Appellant. — Judgment of the County Court, Suffolk County (Vaughn, J.), rendered December 16, 1982, affirmed. No opinion. ¶ This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Niehoff, J. P., Boyers, Lawrence and Eiber, JJ., concur.